## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NICOLE B. LINDSEY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 09-945 (RMC) |
| **DISTRICT OF COLUMBIA,** | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the concurrently filed Memorandum Opinion, it is hereby

**ORDERED** that Defendant's motion to dismiss or, in the alternative, for summary judgment [Dkt. # 6], is **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint is **DISMISSED**. This case is closed.

**SO ORDERED.**

Date: April 23, 2010                                       /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge